CHARLES SHANE, ET AL.
*vs.*
MARCIA COLSON, ET AL.

Waldo.    Opinion, February 12, 1965.

*Brann and Isaacson,*
   by *Irving Isaacson,* for Plaintiffs.

*David A. Nichols,* for Colson.
*George A. Wathen,*
*William M. Finn,* for Hills.

## MEMORANDUM DECISION

This case comes to the Law Court on plaintiffs' appeal from orders of judgment for the defendant Marcia Colson upon the complaint and upon her counterclaim.

The plaintiffs have filed no brief and have made no argument. They have accordingly abandoned the points made as a basis for appeal.

The entry will be

*Appeal denied.*